NO. 07-01-0319-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 26, 2001

______________________________

SHEIRAN PUDIFIN, APPELLANT

V.

RUSSELL GINN, APPELLEE

_________________________________

FROM THE 246
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 200114524; HONORABLE DON RITTER, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Sheiran Pudifin appeals pro se from a protective order entered against her at the request of appellee Russell Ginn, her former spouse.  For the reasons we express, we dismiss the appeal.

  The clerk’s record and reporter’s records were filed on August 6, 2001.  That being so, appellant’s brief was due to be filed no later than September 5, 2001.  Tex. R. App. P. 38.6(a).  No such brief was ever filed.  We notified appellant by letter dated October 25, 2001, that neither a brief nor a motion for extension of time to file a brief had been filed, and unless a response reasonably explaining the failure, together with a showing that appellee had not been significantly injured due to such failure was received by November 6, 2001, the appeal would be dismissed for want of jurisdiction.  Tex. R. App. P. 38.8(a)(1).  We have received no response to that letter.

Accordingly, the appeal must be and hereby is dismissed.  

John T. Boyd

 Chief Justice

Do not publish.